**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PAUL GONZALES<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE WOK EXPERIENCE, a business entity; MARK ONE, an individual; GUADAGNO DOMINIC TR, a trust; THE GUADAGNO LIVING TR, a living tr<br><br>　　　　Defendants | **Case No.:** 8:19-cv-02104-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

//

//

//

//

//

//

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: __July 29, 2020_____

_JOSEPHINE L. STATON_____
**HONORABLE JOSEPHINE L. STATON**
**U.S. DISTRICT JUDGE**